# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| FJW INVESTMENT, INC., D/B/A BATH FITTER OF PITTSBURGH, | : | No. 157 WAL 2019 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| LUXURY BATH OF PITTSBURGH, INC., BARRY ERENRICH, KENNETH KAYSER, RICHARD GALLAGHER, BRYAN MYERS, MARK PINTEA, RB PRO, INC., D/B/A RE-BATH, JO ANN YOCHUM, AND CHRISTINE DUMM, | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.